**B**ROMBERG **L**AW **O**FFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY & CA) | 26 Broadway, 21st Floor |
| Jonathan R. Miller, Associate (Admitted in NY, MO & NC) | New York, NY 10004 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

January 4, 2016

<u>Via ECF</u>
Honorable Kevin N. Fox, U.S.M.J.
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   *Brown v. Forster & Garbus, LLP*, Case No. 15-CV-6779 (KBF)

Dear Judge Fox:

My office, together with co-counsel, CAMBA Legal Services, represents Plaintiff Lashawn Brown in the above-referenced case against Defendants Forster & Garbus, LLP and Asset Acceptance, LLC.

I am writing to request that Your Honor adjourn the settlement conference scheduled for January 21, 2016. I am making this request because I am scheduled to argue a motion for class certification on January 21st in the U.S. District Court for the Eastern District of Virginia. All parties have consented to this request. This is the first request for an adjournment of this conference made by any party.

The parties request that Your Honor reschedule the settlement conference for February 1, 2016, which is a date when all parties and counsel are available.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg

cc:   All Attorneys of Record (via ECF)